# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARTHUR SLAVEN, JOHN MCLINDEN and LAURENCE ASHKIN, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 1:13-cv-1370 ) |
| | ) Honorable Charles Norgle |
| vs. | ) ) |
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on September 20, 2013, at 10:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles Norgle or any judge sitting in his stead, in Courtroom 2341 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties Joint Motion for Entry of Discovery Plan and Scheduling, a copy of which has been served upon you.

Dated: September 13, 2013                                  Respectfully Submitted,

/s/ Joshua M. Wiersma

Stephen O'Donnell
Christopher J. Barber
Joshua M. Wiersma
**STEPTOE & JOHNSON LLP**
115 S. LaSalle St., Suite 3100
Chicago, Illinois 60603

Phone: (312) 577-1300
Fax: (312) 577-1370
Firm ID: 43315
*Attorneys for Plaintiffs*

## Certificate of Service

I hereby certify that this 13th day of September, 2013, this **NOTICE OF MOTION FOR JOINT MOTION FOR ENTRY OF DISCOVERY PLAN AND SCHEDULING** was filed through the Electronic Case Filing System of the United States District Court for the Northern District of Illinois and will be served electronically upon all counsel of record.

                          By: /s/ Joshua M. Wiersma

                               Counsel for Plaintiff