**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Arthur Slaven, et al.
                                  Plaintiff,

v.                                                  Case No.: 1:13–cv–01370
                                                      Honorable Charles R. Norgle, Sr

Great American Insurance Company
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 19, 2013:

      MINUTE entry before Honorable Charles R. Norgle: Joint Motion for Entry of Discovery Plan and Scheduling [26] is granted. The parties are not required to appear on Friday, September 20, 2013. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.