aee

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiffs )<br>ARTHUR SLAVEN, et al. )<br>v. )<br> )<br>GREAT AMERICAN INSURANCE CO. )<br>Defendant )<br> ) | Case No: 13 C 1370<br><br>Judge: CHARLES R. NORGLE |

## ORDER

(T:)   Enter Scheduling Order.  (See attached order.)

Date: 9/20/2013

_____
CHARLES R. NORGLE, JUDGE
UNITED STATES DISTRICT COURT