

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARTHUR SLAVEN, JOHN MCLINDEN and LAURENCE ASHKIN, | ) ) ) |
| Plaintiffs, | ) Civil Action No.: 1:13-cv-1370 ) |
| vs. | ) Honorable Charles Norgle ) ) |
| GREAT AMERICAN INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

The Court being advised and good cause appearing,

IT IS HEREBY ORDERED:

1. Initial disclosures required by Federal Rule of Civil Procedure 26(a) shall be exchanged on or before September 20, 2013.

2. The deadline for Plaintiffs to join parties, amend pleadings, and file supplemental pleadings shall be January 24, 2014. A motion for leave to amend is not necessary.

3. The deadline for Defendant to join parties, amend pleadings, and file supplemental pleadings shall be February 14, 2014. A motion for leave to amend is not necessary.

4. The deadline for the completion of fact discovery shall be May 30, 2014.

5. The deadline for Plaintiffs' disclosure of affirmative expert witnesses and testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be June 13, 2014.

Doc. # DC-8173713 v.1

6. The deadline for Defendant's disclosure of affirmative and rebuttal expert witnesses and testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) shall be July 18, 2014.

7. The deadline for Plaintiffs' disclosure of rebuttal expert witnesses and testimony, solely in response to issues and topics raised by Defendant's July 18, 2014 Fed. R. Civ. P. 26(a)(2) disclosure of affirmative expert witnesses and testimony, shall be August 15, 2014.

8. The deadline for the completion of expert discovery, including expert depositions, shall be September 12, 2014.

9. The deadline for filing any dispositive motions shall be November 14, 2014.

Dated this 19 day of September, 2013.

_____
Charles R. Norgle
United States District Court Judge.

9/20/2013